AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

v.

RACHELLE LYNETTE CARLOCK

**APPEARANCE**

Case Number: 08MJ8433

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
RACHELLE LYNETTE CARLOCK

I certify that I am admitted to practice in this court.

| 5/28/2008 | /s/ SHEREEN J. CHARLICK | |
|---|---|---|
| Date | Signature | |
| | Shereen J. Charlick / Federal Defenders | 147533 |
| | Print Name | Bar Number |
| | 225 Broadway, Suite 900 | |
| | Address | |
| | San Diego, CA  92101 | |
| | City            State | Zip Code |
| | (619) 234-8467 | (619) 687-2666 |
| | Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing Notice of Appearance is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U.S. ATTORNEY - CR**
Efile.dkt.gc2@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
(No manual recipients)
```

Dated: May 28, 2008

      /s/ Shereen J. Charlick
SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:Shereen_Charlick@fd.org