| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MICHAEL P. SKERLOS |
| | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 179617 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6778 |
| | Email: mike.skerlos@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj8433-PCL-1 | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | NOTICE OF APPEARANCE | |
| | ) | | |
| RACHELLE LYNETTE CARLOCK, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co- counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| None | | | |

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3  <u>Name</u>              <u>Cal. Bar No.</u>   <u>Telephone No.</u>      <u>Email Address</u>

4  None

5  Please call me if you have any questions about this notice.

6  DATED:   June 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Michael P. Skerlos*
Michael P. Skerlos
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: mike.skerlos@usdoj.gov

Notice of Appearance                                               08mj8433-PCL
United States v. Rachelle Lynette Carlock    2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   08mj8433-PCL |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| RACHELLE LYNETTE CARLOCK, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Michael P. Skerlos, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Shereen J Charlick**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)685-3719
Fax: (619)687-2666
Email: Shereen_Charlick@fd.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 4, 2008.

                                        s/ Michael P. Skerlos
                                        Michael P. Skerlos

Notice of Appearance                                                        08mj8433-PCL
United States v. Rachelle Lynette Carlock        3