1  **SHEREEN J. CHARLICK**
   California State Bar No. 147533
2  **NORMA A. AGUILAR**
   California State Bar No. 211088
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   Telephone: (619) 234-8467
5

6  Attorneys for Ms. Rachelle Lynette Carlock

7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11                   **(HONORABLE MARGARET M. MCKEOWN)**

12 | UNITED STATES OF AMERICA,        ) CASE NO. 08mj8433
                                      )
13 |            Plaintiff,             )
                                      ) DATE:  June 17, 2008
14 |                                   ) TIME:  2:00 p.m.
   | v.                                )
15 |                                   ) NOTICE OF SUPPLEMENTAL
                                      ) TRANSCRIPT IN SUPPORT OF MOTION
16 | RACHELLE LYNETTE CARLOCK,         ) TO REVOKE DETENTION ORDER
                                      )
17 |            Defendant.             )
                                      )
18 | _____   )

19 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
         MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:
20

21      The defendant, **RACHELLE LYNETTE CARLOCK,** by and through counsel, Shereen J.

22 Charlick, Norma A. Aguilar and Federal Defenders of San Diego, Inc., hereby files the following

23 Transcript of Detention Hearing held on May 21, 2008 before the Honorable Peter C. Lewis in

24 support of Defendant's Motion to Revoke Detention Order.

25                                         Respectfully submitted,

26

27 Dated: June 6, 2008              /s/ *Shereen J. Charlick*
                                    SHEREEN J. CHARLICK
28                                  NORMA A. AGUILAR
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Ms. Carlock

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing document is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michael P. Skerlos, Assistant United States Attorney**
Mike.Skerlos@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
(No manual recipients)
```

Dated:   June 6, 2008

*s/ Shereen J. Charlick*
SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619)687-2666 (fax)
e-mail: Shereen_Charlick@fd.org