**SHEREEN J. CHARLICK**
California State Bar No. 147533
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08mj8433 |
| | ) | |
| Plaintiff, | ) | |
| | ) | DATE: June 10, 2008 |
| | ) | TIME:    1:30 p.m. |
| v. | ) | |
| | ) | |
| | ) | DEFENDANT'S UNOPPOSED REQUEST TO |
| RACHELLE LYNETTE CARLOCK, | ) | WAIVE HER PHYSICAL PRESENCE FOR |
| | ) | ARRAIGNMENT AND REQUEST TO REMAIN IN |
| Defendant. | ) | SAN DIEGO |
| | ) | |
| _____ | ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY;
        MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Rachelle Lynette Carlock, the accused in this case, by and through undersigned counsel, Shereen J. Charlick, Federal Defenders of San Diego, Inc., files the following unopposed request seeking a written waiver of her physical presence at her arraignment scheduled for June 10, 2008 in El Centro, California pursuant to Federal Rule of Criminal Procedure 10(b)(2).

//
//
//
//
//

1 | She attaches the following written waiver executed by herself and undersigned counsel. The
2 | reasons for Ms. Carlock's request are set forth in the attached sealed declaration executed by counsel
3 | in order to protect Ms. Carlock's right to keep certain information confidential. Government counsel
4 | has indicated that he does not oppose the request to waive Ms. Carlock's physical presence at her arraignment.

Respectfully submitted,

Dated: June 6, 2008

/s/ Shereen J. Charlick
SHEREEN J. CHARLICK
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Carlock

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing document is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Michael P. Skerlos, Assistant United States Attorney**
Mike.Skerlos@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

`(No manual recipients)`

Dated: June 6, 2008                             /s/ *Shereen J. Charlick*
                                                SHEREEN J. CHARLICK
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                e-mail: Shereen_Charlick@fd.org

Attachment "A"

SHEREEN J. CHARLICK
California State Bar No. 147533
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Ms. Rachelle Lynette Carlock

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA, | ) CASE NO. 08mj8433 |
|---|---|
| Plaintiff, | ) |
| | ) DATE: June 10, 2008 |
| | ) TIME: 1:30 p.m. |
| v. | ) |
| | ) WAIVER OF RIGHT TO BE PHYSICALLY |
| RACHELLE LYNETTE CARLOCK, | ) PRESENT FOR ARRAIGNMENT AND |
| | ) REQUEST TO REMAIN IN SAN DIEGO |
| Defendant. | ) |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

   I, Rachelle Lynette Carlock, the accused in this case, hereby execute the following waiver of my physical presence at the arraignment scheduled for June 10, 2008 in El Centro, California. This waiver is pursuant to Federal Rule of Criminal Procedure 10(b)(2).

   I understand that I have the right to be physically present for my arraignment and I knowingly and voluntarily relinquish that right based upon my own wishes and based upon advice of counsel who also concurs in and signs this waiver.

| | |
|---|---|
| 1 | |
| 2 | I affirm that I have received and have read a copy of the charges against me and that my pleas |
| 3 | to said charges will be not guilty to all counts. |

*Rachelle Lynette Carlock*  June 6, 2008
**RACHELLE LYNETTE CARLOCK**, defendant

*[signature]*  June 6, 2008
**SHEREEN J. CHARLICK**, Esq.