08 JUN 10 PM 12:33

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 1895 MMM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | Title 18, U.S.C., Secs. 842(a)(2) and 844(a) - Use of False Identification to Obtain Explosive Materials; Title 18, U.S.C., Sec. 842(i)(1) - Felon in Possession of Explosive Materials; Title 18, U.S.C., Secs. 1028A(a)(7) and (b)(2)(B) - Fraud in Connection with Identification Documents |
| RACHELLE LYNETTE CARLOCK, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about April 7, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, knowingly furnished and exhibited a false, fictitious, and misrepresented identification, to wit, a California Driver's License in the name of "S.M.G." to a licensed dealer in explosive materials, which identification was intended to deceive and likely to deceive said dealer, for the purpose of obtaining explosive materials pursuant to Chapter 40 of Title 18 of the United States Code, in violation of Title 18, United States Code, Sections 842(a)(2) and 844(a).

//

MPS:fer:San Diego
6/10/08

Count 2

1 On or about May 1, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, knowingly furnished and exhibited a false, fictitious, and misrepresented identification, to wit, a California Driver's License in the name of "S.M.G." to a licensed dealer in explosive materials, which identification was intended to deceive and likely to deceive said dealer, for the purpose of obtaining explosive materials pursuant to Chapter 40 of Title 18 of the United States Code, in violation of Title 18, United States Code, Sections 842(a)(2) and 844(a).

Count 3

On or about May 13, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, knowingly furnished and exhibited a false, fictitious, and misrepresented identification, to wit, a California Driver's License in the name of "S.M.G." to a licensed dealer in explosive materials, which identification was intended to deceive and likely to deceive said dealer, for the purpose of obtaining explosive materials pursuant to Chapter 40 of Title 18 of the United States Code, in violation of Title 18, United States Code, Sections 842(a)(2) and 844(a).

Count 4

On or about April 7, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, who had been convicted in the San Diego Superior Court on November 11, 1999, of California Penal Code Section 211, a crime punishable by imprisonment for a term exceeding one year, knowingly received and possessed explosive materials, namely, Hodgdon's Triple Se7en Powder (a smokeless powder), which had been shipped and transported in interstate commerce from

Herrington, Kansas to San Diego, California, in violation of Title 18, United States Code, Sections 842(i) and 844 (a).

Count 5

On or about May 1, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, who had been convicted in the San Diego Superior Court on November 11, 1999, of California Penal Code Section 211, a crime punishable by imprisonment for a term exceeding one year, knowingly received and possessed explosive materials, namely, Hodgdon's Triple Se7en Powder (a smokeless powder), which had been shipped and transported in interstate commerce from Herrington, Kansas to San Diego, California, in violation of Title 18, United States Code, Sections 842(i) and 844 (a).

Count 6

On or about April 7, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, did knowingly possess and use, in and affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, a California Driver's License in the name of "S.M.G.", with the intent to commit unlawful activities that constitute a violation of federal law, to wit, Use of False Identification to Obtain Explosive Materials in violation of Title 18, United States Code, Section 842(a)(2) and Felon in possession of Explosive Materials in violation of Title 18, United States Code, Section 842(i)(1); all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(2)(B).

Count 7

On or about May 1, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, did knowingly possess and use, in and affecting interstate commerce, without lawful

3

authority, a means of identification of another person, to wit, a California Driver's License in the name of "S.M.G.", with the intent to commit unlawful activities that constitute a violation of federal law, to wit, Use of False Identification to Obtain Explosive Materials in violation of Title 18, United States Code, Section 842(a)(2) and Felon in possession of Explosive Materials in violation of Title 18, United States Code, Section 842(i)(1); all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(2)(B).

### Count 8

On or about May 13, 2008, within the Southern District of California, defendant RACHELLE LYNETTE CARLOCK, did knowingly possess and use, in and affecting interstate commerce, without lawful authority, a means of identification of another person, to wit, a California Driver's License in the name of "S.M.G.", with the intent to commit unlawful activities that constitute a violation of federal law, to wit, Use of False Identification to Obtain Explosive Materials in violation of Title 18, United States Code, Section 842(a)(2) and Felon in possession of Explosive Materials in violation of Title 18, United States Code, Section 842(i)(1); all in violation of Title 18, United States Code, Sections 1028(a)(7) and (b)(2)(B).

DATED: June 10, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHAEL P. SKERLOS
Assistant U.S. Attorney

4