1  **SHEREEN J. CHARLICK**
    California State Bar No. 147533
2  **NORMA A. AGUILAR**
    California State Bar No. 211088
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
4  San Diego, CA 92101-5008
    Telephone: (619) 234-8467
5  Email: Shereen_Charlick@fd.org

6  Attorneys for Ms. Carlock

9              UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11              **(HONORABLE MARGARET M. McKEOWN)**

13  UNITED STATES OF AMERICA,    )    CASE NO. 08CR1895-MMM
                                 )
         Plaintiff,              )
                                 )
14  v.                           )
                                 )    **NOTICE OF MOTION TO**
15                               )    **WITHDRAW MOTION TO REVOKE**
    **RACHELLE LYNETTE CARLOCK**,)    **DETENTION ORDER [DOC #10]**
16                               )
         Defendant.              )
                                 )

18  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
           MICHAEL SKERLOS, ASSISTANT UNITED STATES ATTORNEY:

20      The defendant, RachelleLynette Carlock, by and through her attorneys, Shereen J. Charlick, Norma

21  Aguilar and Federal Defenders of San Diego, Inc., hereby requests that this Court authorize the withdrawal

22  of document number 10 from the clerk's record.

23                              Respectfully submitted,

25  Dated: June 11, 2008         */s/ Shereen J. Charlick*
                                 **SHEREEN J. CHARLICK**
26                               Federal Defenders of San Diego, Inc.
                                 Attorneys for Ms. Carlock
27                               Shereen_Charlick@fd.org

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best |
| 3 | information and belief, and that a copy of the foregoing document has been caused to be delivered this day |
| 4 | upon: |

**Michael P Skerlos**
Mike.Skerlos@usdoj.gov,june.goss@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: June 11, 2008                                  /s/ *Shereen J. Charlick*
                                                                    **SHEREEN J. CHARLICK**
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    Shereen_Charlick@fd.org (email)

08CR1895