```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM P. COLE
    Assistant U.S. Attorney
 3  California State Bar No. 186772
    United States Courthouse
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone:  (619) 557-7859

 6  Attorneys for Plaintiff
    United States of America
 7
```

**FILED**
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1895-MMM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO UNSEAL |
| v. | ) | AND ORDER THEREON |
| | ) | |
| RACHELLE LYNETTE CARLOCK(1), | ) | |
| ELLA LOUISE SANDERS (2), | ) | |
| ERIC REGINALD ROBINSON (3), | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves the Court to unseal the Superseding Indictment in this matter.

//
//
//
//
//
//
//

1  On August 5, 2008, defendant Eric Reginald Robinson was
2  taken into federal custody, and there is no longer any need to
3  keep the Superseding Indictment under seal.

4  DATED: August 6, 2008.          KAREN P. HEWITT
                                    United States Attorney

                                    */s/ John F. Weis for*
6                                   WILLIAM P. COLE
7                                   Assistant U.S. Attorney

8                                         ORDER
9  Good cause appearing, IT IS HEREBY ORDERED that the
10 Superseding Indictment in Case No. 08CR1895-MMM be, and hereby is,
11 unsealed.

13 August 6, 2008
14 DATED
                                    _____
16                                  HON. PETER C. LEWIS
                                    United States Magistrate Judge

                                                        08cr1895-MMM